No. D–859.  IN RE DISBARMENT OF DAWES.  It is ordered that Kenneth J. Dawes, Jr., of Trenton, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–860.  IN RE DISBARMENT OF HIPP.  It is ordered that David Charles Hipp, of Bolivar, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–861.  IN RE DISBARMENT OF EISENBERG.  It is ordered that Stuart A. Eisenberg, of Philadelphia, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–862.  IN RE DISBARMENT OF HELLER.  It is ordered that Melvin A. Heller, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 87–6700.  SELVAGE v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  [Certiorari granted sub nom. Selvage v. Lynaugh, ante, p. 888.]  Motion of petitioner for leave to file a supplemental brief after argument granted.

No. 88–1260.  CITIBANK, N. A. v. WELLS FARGO ASIA LTD. C. A. 2d Cir.  [Certiorari granted, ante, p. 990.]  Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 89–5691.  HUGHEY v. UNITED STATES.  C. A. 5th Cir. [Certiorari granted, ante, p. 1018.]  Motion of the Solicitor General to permit Amy L. Wax, Esq., to present oral argument pro hac vice granted.